Thank you. May it please the court, my name is David Warhatch and I represent the appellant David P. Funderwhite, who until being expelled from the apprenticeship program was a member of Local 55 of the plumbers and pipe fitters in Cleveland. The issue in this case has to do of course with the question of whether or not there are sufficient federal issues implicated by the state law claims that have been asserted by my client for breach of contract under the apprenticeship agreement that he entered into under a registered program that is approved by the Office of Apprenticeship in the Department of Labor. And a state agency that whose regulations were also approved by that federal agency to implement the objectives of expressed in congressional intent through the Fitzgerald Act that was passed many, many years ago. Those federal questions will involve two questions that need to be addressed by I believe the federal judicial officer. One deals with process and the other one deals with remedy. On the process question, my client says that he was not given an opportunity to contest the points assessed against him under the administration of the apprenticeship program. By the way, Your Honor, I forgot to mention I'd like to reserve five minutes for rebuttal. Okay, fine. You don't dispute that the statute doesn't provide for an individual cause of action? I do not, Your Honor. And so the only way you could, well, what's the basis then for bringing the complaint under the NAA when there's no congressionally enacted basis? Your Honor, we have not brought an action under the NAA. We brought essentially two state law claims, breach of express State contract claims. State contract claims, yes, under state law. One for the breach of employment, I mean the apprenticeship agreement, an express agreement, and one for breach of implied contract, implied duties of good faith and fair dealing, et cetera. But each one of them has a federal component to it in the sense that the contract expressly incorporates the federal regulatory scheme into the contract and provides for those safeguards to every enrollee in the program. Well, two private parties can't enter into a contract to create a federal cause of action where there otherwise is no basis for that. So how would the fact that they would reference some federal law create a federal cause of action when there's no statutory basis for the federal claim? In reality, the Fitzgerald Act specifically says that the purpose of the statute is to extend the application of labor standards by encouraging the inclusion of such safeguards in the apprenticeship agreements themselves. And the regulations that have been adopted by the office of What is that you're reading from? That's from Section 50 of Title 29 of the United States Code. Well, what does that have to do with this case? Because that is used as the statutory predicate for the regulatory scheme that was implicated by the union's failure in this case to afford my client the opportunity to contest 24 of the 27 points that got him booted out of the program. Well, now you really lose, I mean, because you can't create a federal cause of action based upon promulgation of regulations where there's no statutory basis for doing that. I know Mr. Trump's advisors are talking a lot about the administrative state these days, but I don't know if we Well, I probably help understand, hopefully I can make you understand this issue in this context. The question that my client is asserting is both a question of process and one of remedy. It's no question but that he did not get an opportunity to contest the grounds that were used. They say that they have the right in their almost unfettered discretion to decide whether or not he remains in the program. We say that the federal regulations require you, by having implemented a program that's registered and approved by the federal government, they require you to have a due process component. And he was not given an opportunity to contest 24 of the 27 points against him. I've got a question. Maybe I'm not understanding it correctly. I was under the impression that both sides agree that there are due process rights and that the question here is whether your client received due process. I don't believe that's the issue that they raised. In their defense, they're saying they have unfettered discretion to decide who stays in the program and who doesn't. And that the only requirement they have under the regulations How can they say that if the contract itself has a just cause provision, right? The contract itself incorporates a regulatory scheme that has a good cause provision. Are you claiming a specific violation of the federal regulations? Yes. And what is that? There's a regulation that requires that there be good cause for any decision to expel or That's I think 29.7H2II, I believe. And is that in your complaint? The complaint references Title 29 of the Code of Federal Regulations, in which that's one of the component parts. Was this identified to the district court? What we're saying is that they're violating federal regulations. We said that we identified the body of the federal regulations that were in fact being violated and we also alleged what constituted the violation. That is to say we did not receive the due process that was entitled to us and that my client was not Did you say that there was a federal regulation that provided for a certain type of process and their procedure violates that? I mean, you did get an appeal, right, to a state agency? The state agency appeal does not address this particular issue, Your Honor. There's no exhaustion remedy or any exhaustion requirement or anything. In fact, the state agency found on the second issue the remedy issue in our favor, but essentially their contention is the only thing that could happen is possible decertification of the program, that there's no remedy to my client for their having violated the adequate records provision. But back to the other issue, I would urge Before you go back there, though, the Secretary of Labor is empowered to bring, to say whether or not the National Apprenticeship Act has been complied with. So wouldn't this be in the hands of the Secretary of Labor instead of a private litigant trying to, there's no provision for a private litigant to have a cause of action here? And it seems as though responsibility here is vested in the Secretary of Labor. It's very clear that the federal regulatory scheme also provides that nothing in the regulations deprives my client from asserting a claim under state law. In this case, that's what he's done. But you should go to state court. You just don't have federal jurisdiction. That's the issue. And we believe that a federal judicial officer is best suited to decide the federal questions that are holding us apart. The other side is claiming that they have unfettered discretion. Well, what if Congress didn't provide for jurisdiction over this subject matter in the state court? If Congress didn't provide for jurisdiction here, you still have to go to state court with your state court claims, don't you? The whole issue relates to whether this arises under federal law. The three-part Mikulski test that this court follows, I think, is satisfied in this case. Where do you, where in the law is some authority you can cite to say that if it arises, if it's not initiated in federal court for this particular cause of action? It's essentially this court's own decision in Mikulski. You've got three prongs that you have to satisfy, and I think each one of them are satisfied in this, is satisfied in this case. What does Mikulski say that you're saying that is your contention provides for jurisdiction in federal court in a case of this nature? Mikulski requires that the plaintiffs show that the state law claim must necessarily involve a substantial federal question. In other words, it's important to the outcome of the case. Secondly, that the federal interest in the issue must be substantial. In other words, will resolution of that issue resolve the case? And the third one is, would exercise of jurisdiction not disturb any congressionally approved balance of federal and state judicial responsibilities? And our position is it does not. Well, that case says that that's where a federal interest is involved. You meet these criteria. It doesn't say you can file a lawsuit necessarily any time that there's a federal interest if there's no interest, if there's no basis for federal jurisdiction. What Mikulski and its progeny require, Your Honor, is to show that the federal resolution of the federal issue will, in fact, aid in the determination of the state case, and it is necessary that the court resolve it. But in Mikulski, as I remember it anyway, there was a dispute as to the interpretation of a federal tax provision, and that is kind of clear cut. You don't have any analogous interpretive question here. We do, Your Honor. What is it? The reason is, is that what the district court has done is focusing only on whether or not a state or the federal agency or some officer of the federal government has made an interpretation or the regulation itself can be interpreted two different ways. What we're saying here is that the way it was applied in this case by the sponsor themselves, they effectively have rewritten the law. The way what was applied? The regulations were applied in this case. Which regulation? That my client's entitled to due process right. Which regulation? Under section 29.7, H2 double I, I believe. H22? No, it's H2B double I, I believe. Okay, what about, okay, H2 double I. I'm sorry, H2 double I. It says written notice, reasonable opportunity for corrective action, and written notice of termination. Which didn't they comply with? They did not give the, they did not give good cause, they did not give due notice, and they did not give a reasonable opportunity for corrective action. What they did is they adopted a policy that says once you get 30 strikes, you're out, meaning 30 points. Okay, are you, are you challenging that or are you challenging the assessment of the, of each of the points? We're challenging actually both, but the second, the second part hinges upon who, where does he make that challenge? We believe he should have had the right to do it to the committee. They denied him that opportunity. So he has no choice but to come to federal court or state court if the court decides there's no federal jurisdiction to challenge that. The second issue has to do with whether or not by assessing the 30 points without an opportunity for review, they have violated the provision that says that he has to have a reasonable opportunity for corrective action. He did not have that opportunity. Because they just simply said once you get 20, sorry ma'am? There have been warnings along the way that he was approaching the critical mass. Certainly, but at no time until the very last one did they say you have a right to appeal to the committee. At that point, they, he exercised his right to appeal and they would not let him contest any of the previous 24 points against him. They only wanted him to focus on the last three. Well that's the straw that breaks the camel's back, but if any one of those 24 other points would be invalidated, he'd be still in the program. Does the regulation provide for a review by a state agency? The regulation allows for the state agency to get involved. The state agency here is not compelled nor is my client required to exhaust that remedy at all. But he went. He did. He went to the state agency? He did. Because I don't want anybody claiming that we went to federal court before we exhausted every effort in the state level. That's what we did. But ultimately, the state agency found that they violated the adequate documents provision. But they also found against your client on the rest of it. But that is, there's no remedy in court for that. For what? For their determination. It's an informal determination made by the office of the Ohio, OSAC, Ohio State Apprenticeship Council. They, they did a, it's an informal review. There is no remedy under Chapter 2119 of the Ohio Revised Code or any other way to contest what OSAC did. So he's left with going to a court somewhere. So it seems to me that when you go into court for this, it's one thing to say, oh, my client didn't get his due process right. It's something else to say, under regulation, this, this, this, and this, these are the procedures they have to follow. And they didn't. And they didn't comply with federal regulations. But it seems to me that you made very general claims below. What I'm arguing and asking the court to assert jurisdiction over is that when they contracted with my client, they agreed to follow the federal guidelines. They failed to follow the federal guidelines. And they say the excuse is, we have unfettered discretion in the administration of our program. And we're saying you don't. You have an obligation to give my client due process rights and the ability to challenge 24 of the 27 points against him. And secondly, you didn't, OSAC confirmed, you did not meet the adequate documentation requirement. So you can't even prove that my client violated or did not do that. I don't think they said that. And therefore, you can't prove that he violated, that he committed. They didn't say that. I said that. Yeah. Well. That is our contention, is that the question on that one is, you have process, and then you also have consequence. Okay. And that's a federal issue? A federal issue. There's a regulation specifically on point with respect to the adequate documentation they're required to have if they're going to suspend or to cancel a program, cancel a participant's. So you're saying, in effect, that there's an appeal to the federal district court from these state administrative decisions regarding these apprenticeship programs? No, ma'am. There is no appeal from the state administrative decisions. My client has a contract claim against the union for having failed to administer its program consistent with federal regulations. The question before this court is whether that contract claim implicates enough federal questions so as to create the embedded federal question needed in order to have the court assert jurisdiction. I believe it's pretty clear in that respect. And I think I'm out of my time on the front end. And I'm sorry, Your Honor, but it was an interesting discussion. I still like to have some rebuttal time. You'll have your full rebuttal. Thank you. Good afternoon. If it may please the court, I am Joe Hoffman, counsel for the defendants in this case. And I think it's important in listening to some of the discussion and the questions just to really get into the specifics in the background here a little bit more. But the claim, the basis for the lack of subject matter jurisdiction really is tied to the fact that in this case, as Judge Polster in the lower court held, that this case is a state clear breach of contract action. The claim that my opposing counsel is making that somehow there's a federal question simply doesn't resonate and the facts do not bear that out. The way the law is in Mikulski, as we were talking about, there's a three-part test. Each part needs to be satisfied. The first and main part is that there's a disputed federal issue. In this particular case, there's some vague statements made in the pleading and in the briefing. Okay. Well, as I understand his argument, it's that this is a federal program. Yes, it's administered through state procedures, but there are certain requirements. One of them is that the apprentice receives certain due process and that that's in the statute, and your program does not accord that. So why is that not a federal issue? The way the law, the way the cases are in Mikulski, Grable, and the other Supreme Court cases, it's not enough that the breach of contract action may raise a federal statute or regulations that may need to be reviewed. In this particular case, I think his argument is that under the regulations, that the apprenticeship agreement needs to contain certain provisions, such as what you just referred to. Our apprenticeship agreement does contain all those provisions, and in this case, Mr. Funderwhite was provided with due process, he was provided with everything that the regulations require. Okay. So are you saying, when I asked that question to opposing counsel, the answer that came back is that, no, they don't agree that there's due process. They say that it's entirely up to their discretion. I don't agree with that. It's not, there is, the law is the law, and we don't dispute the law, and that's the key here. We don't dispute the federal regulations. We don't dispute the National Apprenticeship Act at all. The cases where the courts have found that there is an embedded or federal question, really, it seemed, the main issue would be where one of the parties challenged the constitutionality of the statute, or there was a federal agent, such as the IRS, making a decision that impacted one of the parties. We don't have any of that here. There is no dispute as to the law. On behalf of the defendants, we don't dispute it. We believe our documents and our process complies with everything that's required, but the key here also is, and there's a lot of prongs to this, and I'm not going to burn you with this, I think it's been breaked pretty well, but Congress did not provide for a direct cause of action, a private cause of action, under the National Apprenticeship Act, and that's undisputed, and Plaintiff Appellant agrees with that. He's not bringing it, but that's important because not only, in this case, is there not a private cause of action under the Apprenticeship Act, but then also, as you had pointed out, the Department of Labor, the U.S. Department of Labor, has vested the states, in this case, the OSAC, the Ohio State Apprenticeship Council, with the day-to-day oversight of apprenticeship programs, such as what my client operates, and they have that authority. He filed a complaint, he may not specifically say it, he filed a complaint with OSAC against my client. They did a thorough investigation that went on for, I think, months. They reviewed our program from A to Z. They looked at his discipline, but they didn't just look at Mr. Funderwhite. They looked at our program in total. They looked at the apprenticeship agreement. They looked at our standards. They looked at everything. And they came back, and as he points out in his complaint, they found one thing. They found that the records concerning the on-the-job training for all apprentices, not just Mr. Funderwhite, that we could be doing a better job with that. But the key here is, the discipline that he was imposed, that was issued to him, had to do with his classroom training. It had to do with failing classes. Go ahead, Your Honor. Is the question whether your procedures are adequate, or is the question whether you had legitimate cause? It appears to me that the question is whether we breached the agreement by assessing the all of them. Evidently, he's taken issue, he concedes he violated something, because he concedes Okay, so if they're trying to say that either the procedures in the agreement are inadequate to satisfy federal law, or that you have to read that agreement with the overlay of the requirements of federal law, would that be adequate? I mean, if you have a situation where we go, look, we just followed the agreement, and they say, well, the agreement doesn't pass muster under federal law, is that enough? I'm not saying that's not enough. Absolutely not. That's not enough. All you have to do is look at Mikulski, look at some of the other cases, Grable, the Supreme Court, and what was decided there was, it's not enough that there's a federal statute, or in this case, a regulation, that they say, you didn't meet all the different prongs of it. That's not enough what the courts say, the Supreme Court and the Sixth Circuit. There has to be more. There has to be a dispute. You have to actually challenge that law, one of the parties, and say, hey, it doesn't apply here in the context of it's on us. Okay, then what would happen? Let's say, hypothetically, you have an apprenticeship program that's not meeting the regulations, and someone who's in it wants to challenge it, and wants to challenge it on the face that this contract doesn't meet federal standards. What happens is they would go, like what happened here, they file a complaint with the state agency that has been given that authority under the federal law. They file a complaint, and there's a complete investigation done to see if there's any merit to those allegations, and then the individual would either be vindicated, or there would be some other ruling. That's the end of it. That's the end of it. You find, okay, so it's a total delegation with no joint responsibility or authority. Where do you find that? The only, well, as far as there would be no further appeal right? Not that there's no further appeal right, but there's no way, there's no federal question lurking there, that there's no federal jurisdiction to determine in any forum whether an apprenticeship contract complies with the federal statute, or regs. My response would be, there would be no avenue in the federal court. If he wants to bring a state breach of contract action, he can attempt to do that. I'm sorry, what? I said if he attempted to bring a state breach of contract. I'm asking the question whether there's any federal forum whatsoever to challenge whether an apprenticeship contract meets the federal requirements. There may be, he may be able to go up to the Department of Labor and file a complaint. I don't know specifically. He might be able to do that. I don't know if it applies in this particular case, but I think there are some procedures for a complaint, or some call to the Department of Labor, and they can look into it. Maybe they consult with the state agency. Do you understand him to be challenging the contract, or the facts? I understand him to be challenging the assessment of the points, so it appears to be the facts. That's what I understand it to be. I think that's what Judge Polster understood it to be. I think what we have here, he didn't get what he wanted through OSAC, through the state agency, and now he's looking for another appeal. We don't have to go as far as you went in your last answer to ... I don't think so. Right? Correct. Okay. Stated another way, are you saying that there's a difference between deciding whether a regulation was violated, and determining what the regulation in fact means? Yes. That's right. Sort of in a nutshell.  You said it better than I could. Thank you, Your Honor. All right. Thank you. Anything else for me? Apparently not. I have one other question. Has the case morphed, or are the issues that are being argued now exactly what was argued before Judge Polster? This issue of due process, the way I see it, Your Honor, before the lower court, there were some cursory references to procedures, but front and center now on this appeal, he is arguing the due process. That quite honestly came as a surprise to me. Let me ask you this in that regard. The complaint in the district court, it didn't allege a federal due process cause of action as such to the extent that it's now being argued on appeal. Is that right? That's right. Arguably, there's an issue as to whether we should be entertaining these arguments at this juncture since they weren't in the complaint. Is that a fair statement? Your Honor, that's our position. As we noted in the brief, we believe that that issue was waived because it was improperly brought and argued in the lower court. Thank you. Thank you. Counsel, what about this problem as to whether you were arguing things now on appeal that were not set forth below and not contained in your complaint? Well, first of all, Your Honor, if you look at pages 9 and 10 of the opposition brief to the motion to dismiss, pages 4 through 8 of the merit brief filed in this case and pages... Wait, wait, wait. Motion to... Are you talking about motions in this court or in the district court? The motion to dismiss was made in the district court. There was a brief in opposition. The reason I'm referring to these pages is because that's where the summary is to all the references in the complaint. The complaint has... Well, you can tell us where it is in the complaint without referring us off to motions, can't you? In paragraphs, it's easier through the reply brief, frankly, because that's where I actually I summarized it more succinctly. They're in paragraphs 13 to 14, 18 to 19, 21 to 22 of the complaint, as well as complaint paragraph 36. Oh, excuse me. 36, I think, deals with the... Okay. I'm not familiar with these paragraph numbers. What language are you making reference to that's in the complaint? My client went through an apprenticeship program where he was drummed out of the Corps for having accumulated 30 points without being able to contest 24 of the 27 that got him booted out of the program. He doesn't contest some of them, but he does contest 24 of the 27 that got him booted out. Okay. But I was more interested in whether you had specifically raised a federal due process issue that you claimed there was a jurisdictional basis for in federal court. That's really what I was... I mean, obviously, you could say that your client was treated unfairly, he didn't get notice and that. I mean, then it's a matter of, are you talking about notice pursuant to the contract or something? If you get my meaning. Yes, sir. It's rooted in Part 29 of Title 29 of the Code of Federal Regulations, and I recite that in the complaint. So what paragraph is that? By operation of CFR 29.3F, this is paragraph nine, no apprenticeship program approved by a State Apprenticeship Agency and or administered or enforced by a State Apprenticeship Council in Ohio may continue to function as a registered apprenticeship program under the National Apprenticeship Act and regulations promulgated by the United States Department of Labor unless such program conforms to the standards prescribed in Parts 29 and 30 of Title 29 of the Code of Federal Regulations. And then I go in detail in the complaint to explain how they did not satisfy those regulations. I don't know what else I could have done other than to maybe spoon feed to the judge each individual regulation, but I did in fact cite the body of the law that creates these obligations on the defendant's program. So consequently what we have here is, as I said before, a process and a remedy issue. The remedy issue has to do with the adequate documents. What is the consequence of not having the adequate documents that the State Agency found they did not have? We contend that that means that they have to vacate all of the points that they charged my client with because they don't have any documentation to support any of the claims that they made that they had good cause for getting rid of them. And you expect the court to make that declaration? There's no, is there any regulation that says that if you don't have all of the documents you vacate the discipline? The question is how do you interpret that federal regulation to have some sort of consequence when they fail to do so? They are required by the federal regulatory scheme to maintain those documents for the benefit of the apprentice. The entire act is for the protection, safeguarding the welfare and interests of the apprentice in the program. If the apprentice can't gain access to the adequate documentation to show that they had no basis for drumming them out of the court, how is he going to be able to prove that in state court or federal court? He's entitled to that. So the question before the court, before Judge Polster, is what's the consequence of not having those documents? I believe that that means that that takes, that requires them to reinstate him and let him finish the program because they can't prove 24 of the 27 points against him. Are you alive in state court anymore on anything? We haven't filed in state court. We went just to federal court after OSAC made its decision. Is there any state procedure after the Ohio Administrative Procedure? None, your honor. Do you still have a breach of contract action available to you? That is, we, statute of limitations I believe in Ohio for that is eight years, so we would still have that available to us. But the issues have to be decided, I don't think should be left to the tender mercies of a judge who may or may not rely upon the campaign contributions of Local 55. I know you may not think that, but the fact remains that you do have another non-federal avenue to pursue some of these issues. It is possible, but my client and I have made the judgment that it would be better for a federal judicial officer to decide these federal questions than to leave that to whatever judge in the wheel in Cuyahoga County will be picked to take on this task. We think that a federal judge can apply federal law better than a state judge does. Okay, so the question then is, is this a fair way to put it? Does the failure to keep records, or does the failure to keep adequate records under federal law, does the failure to keep these records lead to, mean that your client gets to vacate all the discipline? Yes, pretty close to that issue. It's that the failure to have the adequate records has some sort of consequence. What is that consequence? Judge Polster never reached that issue. Maybe it doesn't have a consequence. Not everything has a consequence. Maybe it doesn't. Right. But we never got a chance to argue that. So the court had to assume all the facts that we pled as being true. And if, in fact, it's true that we didn't get the documents, so we couldn't prove that they had no basis, whether we're in federal court or state court, that's an issue for the court to decide, the federal court to decide, whether there is any consequence. They say they have the right, in fact, they specifically say, all we have to do is recite verbatim the fact that you have these rights. But they don't have to honor them. They said that in their brief, at pages, I think, 24 and 25 of their merit brief. We satisfied the regulatory scheme because we put this requirement for due process and incorporated the federal regulations into our contract. But we're saying, well, that means you have to honor them. But then, if you're talking about whether it's, if they're in the contract and the question is whether they honored them, why isn't that just a regular state law breach question? It is, but it has to be decided in the context of what does federal regulatory scheme mean because they say they don't have to follow, they don't have to provide the due process and there's no consequence to their not having the adequate records. They're saying that the only consequence is decertification of the program, but what does that do for my client's rights under the apprentice contract? It doesn't. And to the question of whether or not this issue has been waived, first of all, recognize that this adequate documentation issue, Judge Clay, actually goes to, is separate from the due process issue anyway and it provides its own avenue for success. But I don't believe, based on the recitation of the allegations and the complaint and the that has been waived. Second of all, the due process or good cause question presents an issue of law as to which this court's review is de novo and my client cannot be deprived of the opportunity, the right, to come before both a district court judge and an appellate court to resolve that legal question. And that is clearly the GERTS and the Friendly Farms. I want to wind up now. Okay, Your Honor. Your Honor, I'm sorry. I apologize. But the GERTS and the Friendly Farms standards that the court follows makes it very clear, I think, that there would be a miscarriage of justice if for some reason this due process question is allowed to slip through without a federal judge weighing in on what that regulation means and how they needed to apply it in this case. I don't envy the fact that Judge Polster is going to have to ultimately decide the merits of this case if there's federal court jurisdiction. But I believe that that's ultimately where it comes down to because my client has no other remedy. And I'm asking this court to give him one. Thank you. All right. Thank you. And the case is submitted.